UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00314-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERRICK MITCHELL | **ORDER** |

This matter is before the Court on the defendant's unopposed Motion to Reopen and Extend the Pretrial Motions Deadline and to Continue the Arraignment and Trial. Upon good cause shown and pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that an extension of time to file any and all pretrial motions is **GRANTED**. The defendant shall be allowed through and including February 23, 2018, to file said motions.

Responses to motions shall be due by March 9, 2018.

For good cause shown, it is hereby **ORDERED** that the arraignment in this matter be continued until April 2018.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by this continuance shall be excluded in computing the defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

This _3_ day of January, 2018.

JAMES C. DEVER III
Chief United States District Judge