UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-314-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DERRICK MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' Motion to seal exhibit 1 (DE 50) attached to the United States' response in opposition to Defendant's motion for compassionate release.

For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the exhibit 1 (DE 50) attached to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 17 day of September, 2020.

JAMES C. DEVER, III
United States District Judge