IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-314-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DERRICK MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall advise the court whether Derrick Mitchell is in the RRM in Raleigh, North Carolina, and how long the BOP anticipates him being there. Each party may also advise the court whether such RRM placement moots the pending request for compassionate release. Each response is due not later than October 19, 2020.

SO ORDERED. This 6 day of October 2020.

JAMES C. DEVER III
United States District Judge