IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-314-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DERRICK MITCHELL, | ) |
| | ) |
| Defendant. | ) |

On April 20, 2020, and July 10, 2020, Derrick Mitchell ("Mitchell" or "defendant") moved pro se for immediate release. See [D.E. 45, 46]. On March 12, 2021, Mitchell was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Derrick Mitchell") (last visited Mar. 16 2021). In light of defendant's release, the motions for a reduction of sentence [D.E. 45, 46] are DISMISSED AS MOOT.

SO ORDERED. This 17 day of March 2021.

JAMES C. DEVER III
United States District Judge